## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| GORMAN, J., | : | No. 356 EAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ARIA HEALTH, ARIA HEALTH | : | |
| SYSTEMS, AND BRIAN P. PRIEST, M.D., | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 17th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.